IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOLEEN YOUNGERS, as Personal
Representative of the Wrongful Death Estate
of SAMANTHA RUBINO, and
SARA CRECCA, as Guardian Ad Litem for
M.L., a minor child,

       Plaintiffs,

v.                                                      No. 1:23-cv-00633-MLG-KRS

VICKIE HOBBS, in her individual capacity and
TONY BUSTOS, in his individual capacity,

       Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR CLOSING DOCUMENTS

THIS MATTER having come before the Court upon the Joint Motion to Extend Deadline for Closing Documents [Doc. 15] and the Court being fully advised hereby finds:

1.     The Parties have agreed to the Joint Motion to Extend Deadline for Closing Documents filed November 1, 2023 [Doc. 15] pending the resolution of the parallel state court proceeding (D-101-CV-2022-00922).

THEREFORE, IT IS HEREBY ORDERED that:

1.     The Joint Motion to Extend Deadline for Closing Documents [Doc. 15] is granted.

2.     Closing documents shall be filed ten (10) days from the date of the order from the state court's approval of the proposed minor settlement in D-101-CV-2022-00922.

_____
Honorable Judge Kevin R. Sweazea
United States Magistrate Judge

SUBMITTED BY:

MARTINEZ, HART, SANCHEZ & ROMERO, P.C.

*/s/ Kelly Stout Sanchez*
Kelly Stout Sanchez
F. Michael Hart
Julio C. Romero
1801 Rio Grande Blvd. NW, Suite A
Albuquerque, NM 87104
(505) 343-1776
(505) 344-7709 fax
kellys@osolawfirm.com
mikeh@osolawfirm.com
julior@osolawfirm.com

and

DAVIS KELIN LAW FIRM LLC
Ben Davis
Gina Downes
127 Bryn Mawr Dr. SE
Albuquerque, NM 87106
(505) 242-7200
(505) 213-3399 facsimile
bdavis@daviskelin.com
gdownes@daviskelin.com
**Attorneys for Plaintiffs**

APPROVED:

WIGGINS, WILLIAMS & WIGGINS

*/s/ Approved via E-Mail 11/01/2023*
Natasha Wesenberg
Patricia G. Williams
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
(505) 764-8585 facsimile
nwesenberg@wwwlaw.us
pwilliams@wwwlaw.us
**Attorneys for Defendants Vickie Hobbs and Tony Bustos**